E-FILED
Friday, 29 February, 2008  04:58:36 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> DAVID R. ORR ) <br> c/o Brenda Wood ) <br> 12 Harding Court ) <br> Carlinville, IL 62626 ) <br> Defendant ) | **WARRANT FOR ARREST** <br><br> CASE NO. 95-30023-001 |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DAVID R. ORR**, and bring him or her forthwith to the nearest magistrate judge to answer the Petition charging him or her with Violation of The Conditions of His Supervised Release in violation of Title 18, United States Code, Section(s) 3606.

PAMELA E. ROBINSON
s/ Pamela E. Robinson

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

_s/Pamela E. Robinson_
**Signature of Issuing Officer**

2/7/2008 Springfield, IL
**Date and Location**

Bail fixed at $ **NONE** by Judge Jeanne E. Scott.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Macoupin Co. Jail_

| Date Received 2/8/08 | Name of Arresting Officer _Jeff Cowdrey_ | Signature of Arresting Officer |
| Date of Arrest 2/15/08 | Title of Arresting Officer _SDUSM_ | |

orrwarr.wpd