AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| DAVID R. ORR | |
| | Case Number: 95-30023-001 |
| | USM Number: 10437-026 |
| | Robert J. Scherschligt |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  MC,1, 3, 11, SC1  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2A | Possession of Cannabis | 10/5/2007 |
| 2B | Possession of Cannabis | 10/18/2007 |
| 2C | Possession of Cannabis | 11/15/2007 |
| 2D | Possession of Cannabis | 11/27/2007 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  1 and 4  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 1568

Defendant's Date of Birth: 1966

Defendant's Residence Address:

12 Harding Court
Carlinville, IL 62626

Defendant's Mailing Address:

Same as above.

3/24/2008
Date of Imposition of Judgment

s/Jeanne E. Sott
Signature of Judge

JEANNE E. SCOTT,          US District Judge
Name of Judge             Title of Judge

3/25/2008
Date

AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: DAVID R. ORR
CASE NUMBER: 95-30023-001

Judgment—Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 E | Possession of Cannabis | 1/8/2008 |
| 2F | Possession of Cannabis | 1/26/2008 |
| 3 | Travel Outside the Central District of Illinois Without Permission | 11/30/2007 |
| 5 | Lying to the Probation Officer | 1/3/2008 |
| 6 | Failure to Report Police Contact | 12/26/2007 |
| 7A | Failure to Attend Treatment Session | 11/29/2007 |
| 7B | Failure to Attend Treatment Session | 12/6/2007 |
| 7C | Failure to Attend Treatment Session | 12/13/2007 |
| 7D | Failure to Attend Treatment Session | 12/17/2007 |
| 7E | Failure to Attend Treatment Session | 12/20/2007 |
| 7F | Use of Alcohol | 12/22/2007 |
| 7G | Failure to Attend Treatment Session | 12/27/2007 |

AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: DAVID R. ORR | Judgment — Page 3 of 3 |
| CASE NUMBER: 95-30023-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

> 36 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL